No. 942. VAUGHN ET UX. v. CONTINENTAL ROYALTY Co. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs.*

*Ben D. Clower* and *Frank Bezoni* for petitioners. *Mr. Robert Gerald Storey* for respondent.

